UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NAPS CALIFORNIA INC., ) | CASE NO. CV 07-04801 MMM (SSx) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| PUBLIC UTILITIES COMMISSION OF ) THE STATE OF CALIFORNIA, ) | |
| Respondent. ) | |

On August 25, 2008, the court held a hearing on cross motions for summary judgment filed by petitioner Global NAPs California, Inc. ("Global NAPs") and respondent the Public Utilities Commission of the State of California ("CPUC"). Having reviewed the briefs submitted by the parties and heard oral argument, and having considered supplemental briefing, the court granted respondent's motion for summary judgment on December 23, 2008. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That the Global NAPs' petition for review be denied; and

      2. That the action be, and it hereby is, dismissed.

DATED: December 26, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2